PROB 22
Rev. 05/04

08 CR 90

# TRANSFER OF JURISDICTION

RECEIVED DEC 26 2007 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

| DOCKET NUMBER (Tran. Court) | DOCKET NUMBER (Rec. Court) |
|---|---|
| 0755 2:04CR00048 | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Alejandro Ortiz | Northern District of Indiana | Hammond |
| | NAME OF SENTENCING JUDGE | |
| | Honorabl Philip P. Simon | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: FROM 8/25/2006 | TO 8/24/2009 |

08CR 0090

MAGISTRATE JUDGE DENLOW

OFFENSE
Controlled Sub-Sell,Distribute,Or Dispense

JUDGE AMY ST. EVE

FILED
1-29-08
JAN 29 2008 CM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9-12-07
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 24 2008
*Effective Date*

James F. Holderman
*United States District Judge*