

08CR90

TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
## CRIMINAL DOCKET FOR CASE #: 2:04-cr-00048-PPS-APR All Defendants
### Internal Use Only

Case title: United States of America v. Ortiz et al
Magistrate judge case numbers: 2:04-mj-00090-APR
2:04-mj-00091-APR

Date Filed: 07/09/2004
Date Terminated: 02/14/2006

**Interpreter**

**Julia Kurtz**

**F I L E D**
2-11-08
FEB 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

represented by **Julia Kurtz**
823 Case Street
Evanston, IL 60202
847-869-2296
PRO SE

Assigned to: Judge Philip P Simon
Referred to: Magistrate Judge Andrew
P Rodovich

**Defendant (1)**

**Alejandro Ortiz**
*TERMINATED: 02/14/2006*

represented by **Domingo F Vargas PHV**
Domingo F Vargas & Associates Ltd
734 N Wells St
Chicago, IL 60610
312-255-9550
Fax: 312-255-8558
*TERMINATED: 02/04/2005*
*LEAD ATTORNEY*
*Designation: Retained*

**Eugene O'Malley PHV**
910 W Jackson
Chicago, IL 60607
312-633-9232
Fax: 312-226-0196
*TERMINATED: 02/04/2005*
*LEAD ATTORNEY*
*Designation: Retained*

**John Maksimovich**
1922 North Main Street
Crown Point, IN 46307
219-663-1900

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By: _____
DEPUTY CLERK
Date: 2-6-2008

Fax: 219-663-1908
Email:
criminallaw@johnmaksimovich.com
*TERMINATED: 04/20/2005*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Joseph S Irak**
Law Office of Joseph S Irak
9219 Broadway
Merrillville, IN 46410
219-769-4552
Fax: 219-769-3875
Email: tosh@airbaud.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Timothy E Bianco**
9219 Broadway
Merrillville, IN 46410
219-794-0024
Fax: 219-769-3875
Email: timbpros@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:841(a)(1) & 18:2 POSSESSION WITH INTENT TO DISTRIBUTE COCAINE; AIDING AND ABETTING (1) | BOP: 30 months, Supervised Release 3 years, no fine, special assessment of $100.00. |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
| --- | --- |
| 21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE COCAINE | |

Assigned to: Judge Philip P Simon

Referred to: Magistrate Judge Andrew
P Rodovich

### Defendant (2)

**Marcelo Bailon Aborca**
*TERMINATED: 04/22/2005*

represented by    **Jerome T Flynn - FCD**
Federal Community Defenders Inc -
Ham/IN
Northern District of Indiana
31 Sibley Street
Hammond, IN 46320
219-937-8020
Fax: 219-937-8021
Email: Jerry_Flynn@fd.org
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

**Mark A Psimos**
Mark A Psimos Attorney at Law
9219 Broadway
Merrillville, IN 46410
219-769-6969
Fax: 219-769-3875
Email: psimoslaw@airbaud.net
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

21:841(a)(1) & 18:2 POSSESSION
WITH INTENT TO DISTRIBUTE
COCAINE; AIDING AND
ABETTING
(1)

### Disposition

Committed to the custody of the Bureau
of Prisons for a term of 60 months.
Supervised Release of 4 years. Special
assessment of $100.00. Fine waived.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

21:841(a)(1) POSSESSION WITH
INTENT TO DISTRIBUTE COCAINE

### Disposition

**Plaintiff**

**United States of America**                    represented by    **Clarence Butler - AUSA, Jr**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5659
Fax: 219-852-2770
Email: USAINN.ECFCivil@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel L Bella - AUSA**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5500
Fax: 219-852-2770
Email: daniel.bella@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/25/2004 | 1 | COMPLAINT as to Alejandro Ortiz (1). (efc, )[2:04-mj-00091-APR] (Entered: 06/25/2004) |
| 06/25/2004 | 2 | Warrant Issued as to Alejandro Ortiz. (efc, )[2:04-mj-00091-APR] (Entered: 06/25/2004) |
| 06/25/2004 | 1 | COMPLAINT as to Marcelo Bailon Aborca (1). (efc, )[2:04-mj-00090-APR] (Entered: 06/25/2004) |
| 06/25/2004 | 2 | Warrant Issued as to Marcelo Bailon Aborca. (efc, )[2:04-mj-00090-APR] (Entered: 06/25/2004) |
| 06/28/2004 | 3 | ATTORNEY APPEARANCE: Eugene O'Malley appearing for Alejandro Ortiz (jrh, )[2:04-mj-00091-APR] (Entered: 06/28/2004) |
| 06/28/2004 |  | Arrest of Alejandro Ortiz (jrh, )[2:04-mj-00091-APR] (Entered: 06/28/2004) |
| 06/28/2004 | 4 | Minute Entry for proceedings held before Judge Andrew P Rodovich :Initial Appearance as to Alejandro Ortiz held on 6/28/2004. Dft Alejandro Ortiz appears in person and by retained counsel Eugene O'Malley. Govt rep by Susan Collins, AUSA. Eric Jo[2:04hnston, PTS. Julia Kurtz, INTERPRETER. Dft advised of constitutional rights, charges, penalties. Govt moves for Detention. Granted. Detention Hearing set for 6/30/2004 03:00 PM in Hammond before Magistrate Judge Andrew P Rodovich. Preliminary Examin[2:04ation set for 6/30/2004 03:00 PM in Hammond before Magistrate Judge Andrew P Rodovich. Clerk Ordered to have Interpreter present for hearing. Dft REMANDED. (Tape #04-76.) (jrh, )[2:04-mj-00091-APR] (Entered: 06/28/2004) |

| 06/28/2004 | 🔵5 | ORDER as to Alejandro Ortiz, Interpreter Julia Kurtz appointed in case . Signed by Judge Andrew P Rodovich on 6/28/04. (efc, )[2:04-mj-00091-APR] (Entered: 06/28/2004) |
|---|---|---|
| 06/28/2004 | 🔵 | Arrest of Marcelo Bailon Aborca (jrh, )[2:04-mj-00090-APR] (Entered: 06/28/2004) |
| 06/28/2004 | 🔵3 | Minute Entry for proceedings held before Judge Andrew P Rodovich :Initial Appearance as to Marcelo Bailon Aborca held on 6/28/2004. Dft Marcelo Bailon Aborca appears in person without counsel. Govt rep by Susan Collins, AUSA. Troy Adamson, PTS. Julia [2:04 Kurtz, INTERPRETER. Dft advised of constitutional rights, charges, penalties. Dft indicates he might retain counsel. Clerk Order to appoint counsel for the defendant if counsel has not been retained and filed an appearance by noon on 6/29/04. Govt [2:04moves for Detention. Granted. Detention Hearing set for 6/30/2004 03:00 PM in Hammond before Magistrate Judge Andrew P Rodovich. Preliminary Examination set for 6/30/2004 03:00 PM in Hammond before Magistrate Judge Andrew P Rodovich. Clerk Ordered t[2:04o have Interpreter present for the hearing. Dft REMANDED.(Tape #04-76.) (jrh, )[2:04-mj-00090-APR] (Entered: 06/28/2004) |
| 06/28/2004 | 🔵4 | ORDER as to Marcelo Bailon Aborca, Interpreter Julia Kurtz appointed in case. Signed by Judge Andrew P Rodovich on 6/28/04. (efc, )[2:04-mj-00090-APR] (Entered: 06/28/2004) |
| 06/29/2004 | 🔵5 | ATTORNEY APPEARANCE: Jerome T Flynn appearing for Marcelo Bailon Aborca (Flynn, Jerome)[2:04-mj-00090-APR] (Entered: 06/29/2004) |
| 06/30/2004 | 🔵6 | Warrant Returned Executed on 6/25/04 as to Alejandro Ortiz. (this document is maintained conventionally on paper and is not available in electronic format) (efc, )[2:04-mj-00091-APR] (Entered: 06/30/2004) |
| 06/30/2004 | 🔵7 | ATTORNEY APPEARANCE: Domingo F Vargas appearing for Alejandro Ortiz (efc, )[2:04-mj-00091-APR] (Entered: 06/30/2004) |
| 06/30/2004 | 🔵 | ORDER approving Application for Admission to Practice Pro Hac Vice for Attorney Domingo F. Vargas as to Alejandro Ortiz . Signed by Judge Andrew P Rodovich on 6/30/04. (efc, )[2:04-mj-00091-APR] (Entered: 06/30/2004) |
| 06/30/2004 | 🔵8 | Minute Entry for proceedings held before Judge Andrew P Rodovich :Detention Hearing as to Alejandro Ortiz held on 6/30/2004, Preliminary Examination as to Alejandro Ortiz held on 6/30/2004. Dft Alejandro Ortiz appears in person and by counsel Domingo[2:04 Vargas. Govt rep by Nicholas Padilla, AUSA. Eric Johnston, PTS. Julia Kurtz, INTERPRETER. Parties present evidence and make comments. Court finds probable cause to believe dft committed offense as alleged in the complaint. Dft bound over for further[2:04 proceedings before District Court. Govt's Motion for Pretrial Detention is Granted. Dft Ordered held without bond. Order to follow. Dft advised of right to appeal. Arraignment set for 7/14/2004 09:00 AM in Hammond before Magistrate Judge Andre[2:04w P Rodovich. Interpreter will be present for the hearing. Dft REMANDED.(Tape #04-77.) (jrh, )[2:04-mj-00091-APR] (Entered: 07/01/2004) |

| 06/30/2004 | 6 | Warrant Returned Executed on 6/25/04 as to Marcelo Bailon Aborca. (this document is maintained conventionally on paper and is not available in electronic format) (efc, )[2:04-mj-00090-APR] (Entered: 06/30/2004) |
|---|---|---|
| 06/30/2004 | 7 | Minute Entry for proceedings held before Judge Andrew P Rodovich :Detention Hearing as to Marcelo Bailon Aborca held on 6/30/2004, Preliminary Examination as to Marcelo Bailon Aborca held on 6/30/2004. Dft Marcelo Bailon Aborca appears in person and [2:04by counsel Jerome Flynn. Govt rep by Nicholas Padilla, AUSA. Troy Adamson, PTS. Julia Kurtz, INTERPRETER. Parties present evidence and make comments. Court finds probable cause to believe dft committed offense as alleged in the complaint. Dft bound o[2:04ver for further proceedings before District Court. Govt's Motion for Pretrial Detention is Granted. Dft Ordered held without bond. Order to follow. Dft advised of right to appeal. Arraignment set for 7/14/2004 09:00 AM in Hammond before Magist[2:04rate Judge Andrew P Rodovich. Interpreter will be present for the hearing. Dft REMANDED.(Tape #04-77.) (jrh, )[2:04-mj-00090-APR] (Entered: 07/01/2004) |
| 07/06/2004 | 9 | ORDER OF DETENTION as to Alejandro Ortiz . Signed by Judge Andrew P Rodovich on 7/06/04. (efc, )[2:04-mj-00091-APR] (Entered: 07/07/2004) |
| 07/06/2004 | 8 | ORDER OF DETENTION as to Marcelo Bailon Aborca . Signed by Judge Andrew P Rodovich on 7/06/04. (efc, )[2:04-mj-00090-APR] (Entered: 07/06/2004) |
| 07/09/2004 | 10 | INDICTMENT as to Alejandro Ortiz (1) count(s) 1, Marcelo Bailon Aborca (2) count(s) 1. (efc, ) (Entered: 07/12/2004) |
| 07/09/2004 | 11 | PRAECIPE for warrant by United States of America as to Alejandro Ortiz (efc, ) (Entered: 07/12/2004) |
| 07/09/2004 | 12 | PRAECIPE for warrant by United States of America as to Marcelo Bailon Aborca (efc, ) (Entered: 07/12/2004) |
| 07/09/2004 | 13 | Warrant Issued as to Alejandro Ortiz. (efc, ) (Entered: 07/12/2004) |
| 07/09/2004 | 14 | Warrant Issued as to Marcelo Bailon Aborca. (efc, ) (Entered: 07/12/2004) |
| 07/13/2004 | 15 | MOTION for Leave to Appear for Defendant Aborca Attorney: Mark A. Psimos. by Marcelo Bailon Aborca. (Psimos, Mark) (Entered: 07/13/2004) |
| 07/14/2004 | 16 | Minute Entry for proceedings held before Judge Andrew P Rodovich :Arraignment as to Alejandro Ortiz (1) Count 1 and Marcelo Bailon Aborca (2) Count 1 held on 7/14/2004. Dft Alejandro Ortiz appears in person and by counsel Domingo Vargas. Dft Marcelo Bailon Aborca appears in person and by Court-appointed counsel Jerome Flynn and retained counsel Mark Psimos. Julia Kurtz, Interpreter present. Attorney Jerome Flynn is released from this case. Both defendants waive reading of Indictment and enter pleas of Not Guilty. Both defendants REMANDED. (Tape #04-79.) (jrh, ) (Entered: 07/14/2004) |
| 07/14/2004 | 17 | ORDER as to Alejandro Ortiz: Pretrial Motions to be filed within 30 days. Jury Trial as a primary setting set for 10/4/2004 08:30 AM in |

| | | |
|---|---|---|
| | | Hammond before Judge Philip P Simon. Final Pretrial Conference set for 9/17/2004 09:45 AM in Hammond before Magistrate Judge Andrew P Rodovich. Signed by Judge Andrew P Rodovich on 7/14/04. (jrh, ) (Entered: 07/14/2004) |
| 07/14/2004 | 18 | ORDER as to Marcelo Bailon Aborca: Pretrial Motions to be filed within 30 days. Jury Trial as a primary setting set for 10/4/2004 08:30 AM in Hammond before Judge Philip P Simon. Final Pretrial Conference set for 9/17/2004 09:45 AM in Hammond before Magistrate Judge Andrew P Rodovich. Signed by Judge Andrew P Rodovich on 7/14/04. (jrh, ) (Entered: 07/14/2004) |
| 07/15/2004 | 19 | Warrant Returned Executed on 7/14/04 as to Alejandro Ortiz. (efc, ) (Entered: 07/16/2004) |
| 07/15/2004 | 20 | Warrant Returned Executed on 7/14/04 as to Marcelo Bailon Aborca. (efc, ) (Entered: 07/16/2004) |
| 08/13/2004 | 21 | MOTION for Extension of Time to File Pretrial Motions by Alejandro Ortiz. (efc, ) (Entered: 08/13/2004) |
| 08/18/2004 | 22 | ORDER as to Alejandro Ortiz granting in part 21 MOTION for Extension of Time to File Pretrial Motions. Pretrial Motions due by 9/10/2004. Signed by Judge Andrew P Rodovich on 8/18/04. (efc, ) (Entered: 08/18/2004) |
| 09/10/2004 | 23 | MOTION to Quash Arrest and Suppress Evidence by Alejandro Ortiz. (efc, ) (Entered: 09/13/2004) |
| 09/10/2004 | 24 | MOTION for Severance by Alejandro Ortiz. (efc, ) (Entered: 09/13/2004) |
| 09/10/2004 | 25 | PRE-TRIAL DISCOVERY MOTION by Alejandro Ortiz. (efc, ) (Entered: 09/13/2004) |
| 09/10/2004 | 26 | MOTION for Bill of Particulars by Alejandro Ortiz. (efc, ) (Entered: 09/13/2004) |
| 09/10/2004 | 27 | MOTION for Preservation of Agents' Notes and Reports by Alejandro Ortiz. (efc, ) (Entered: 09/13/2004) |
| 09/10/2004 | 28 | MOTION for Disclosure of Evidence Favorable to the Defense by Alejandro Ortiz. (efc, ) (Entered: 09/13/2004) |
| 09/10/2004 | 29 | MEMORANDUM in Support of 28 MOTION for (Immediate Production of Favorable Evidence) by Alejandro Ortiz (efc, ) (Entered: 09/13/2004) |
| 09/10/2004 | 30 | NOTICE OF FILING by Alejandro Ortiz re 23 , 24 , 25 , 26 27 , 28 , 29 (efc, ) (Entered: 09/13/2004) |
| 09/15/2004 | 31 | NOTICE OF HEARING as to Alejandro Ortiz - Suppression Hearing set for 9/23/2004 02:30 PM in Hammond before Judge Philip P Simon. (nac, ) (Entered: 09/15/2004) |
| 09/15/2004 | 32 | ORDER granting 27 Motion for Preservation of Agents' Notes and Reports as to Alejandro Ortiz (1). Signed by Judge Andrew P Rodovich on 9/15/04. (efc, ) (Entered: 09/16/2004) |
| 09/15/2004 | 33 | ORDER denying without prejudice 25 Pretrial Discovery Motion as to Alejandro Ortiz (1); denying without prejudice 28 Motion for Disclosure |

| | | |
|---|---|---|
| | | of Evidence Favorable to the Defense as to Alejandro Ortiz (1). Signed by Judge Andrew P Rodovich on 9/15/04. (efc, ) (Entered: 09/16/2004) |
| 09/17/2004 | ●34 | Minute Entry for proceedings held before Judge Andrew P Rodovich :Pretrial Conference as to Alejandro Ortiz, Marcelo Bailon Aborca held on 9/17/2004. Govt rep by Clarence Butler, AUSA. Dft Ortiz rep by Domingo Vargas and Eugene O'Malley. Dft Aborca rep by Mark Psimos. SEE ATTACHED MEMORANDUM FOR COMPLETE DETAILS. (jrh, ) (Entered: 09/17/2004) |
| 09/17/2004 | ●35 | RESPONSE to Motion by United States of America as to Alejandro Ortiz re 23 MOTION to Quash MOTION to Suppress (Butler Jr, Clarence) (Entered: 09/17/2004) |
| 09/20/2004 | ● | ORDER as to Alejandro Ortiz approving the Application for Admission to Practice Pro Hac Vice for Attorney Eugene C. O'Malley . Signed by Judge Paul R Cherry on 9/20/04. (efc, ) (Entered: 09/24/2004) |
| 09/21/2004 | ●36 | First MOTION to Continue *Suppression Hearing* by United States of America as to Alejandro Ortiz. (Butler Jr, Clarence) (Entered: 09/21/2004) |
| 09/22/2004 | ●37 | ORDER granting 36 Motion to Continue Suppression Hearing as to Alejandro Ortiz (1). The parties shall appear for a status hearing on 9/23/04 at 2:30 p.m. Signed by Judge Philip P Simon on 9/22/04. (efc, ) (Entered: 09/22/2004) |
| 09/23/2004 | ●38 | RESPONSE to Motion by United States of America as to Alejandro Ortiz re 28 MOTION for Disclosure (Butler Jr, Clarence) (Entered: 09/23/2004) |
| 09/23/2004 | ●39 | RESPONSE TO DEFENDANT ORTIZ' MOTION TO FILE MEMORANDUM IN SUPPORT OF HIS MOTION FOR DISCLOSURE OF EVIDENCE FAVORABLE TO THE DEFENDANT by United States of America to 29 Memorandum in Support. (Butler Jr, Clarence) (Entered: 09/23/2004) |
| 09/23/2004 | ●40 | Minute Entry for proceedings held before Judge Philip P Simon :Previously set for a suppression hrg before the Court but was converted to a status conference which was held on 9/23/2004. Gov't present by Clarence Butler, Jr., AUSA. Dft appears in person and by cnsl Domingo F. Vargas. Interpreter Julia Kurtz is present to interpret proceedings. Discussion on status of discovery. Suppression Hrg is now RESET to 10/4/2004 at 9:00 a.m. before Judge Philip Simon in Hammond. Jury Trial is RESET to 10/18/2004 at 8:30 a.m. before Judge Philip Simon in Hammond. Dft is in receipt of new discovery that the Gov't has tendered to the dft. With the permisson of the Court, Atty Vargas and dft Ortiz remain in courtroom after the conclusion of the hearing to view the new video-tape evidence. (Court Reporter Gay Dall.) (nac, ) (Entered: 09/23/2004) |
| 09/23/2004 | ●41 | NOTICE OF HEARING as to both dfts: Jury Trial RESET for 10/18/2004 08:30 AM in Hammond before Judge Philip P Simon. (nac, ) (Entered: 09/23/2004) |
| 10/01/2004 | ●42 | NOTICE OF HEARING as to Alejandro Ortiz - Suppression Hearing set for 10/4/2004 09:00 AM in Hammond before Judge Philip P Simon. |

| | | (nac, ) (Entered: 10/01/2004) |
|---|---|---|
| 10/04/2004 | ●43 | Minute Entry for proceedings held before Judge Philip P Simon : Scheduled for Suppression Hearing on 10/4/2004 for dft A. Ortiz. Gov't present by Clarence Butler, Jr., AUSA. Dft appears in person and by cnsl Domingo F. Vargas and Eugene O'Malley. Julia Kurtz is present to interpret proceedings. Dft orally moves to withdraw motion to suppress evidence. 23 MOTION to Quash MOTION to Suppress filed by Alejandro Ortiz - GRANTED. Court ORDERS that defense cnsl is to advise the Case Mgmt Deputy no later than 10/13/2004 as to the status of the jury trial that remains set for 10/18/2004. (Court Reporter Gay Dall.) (nac, ) (Entered: 10/04/2004) |
| 10/13/2004 | ●44 | First MOTION to Continue *Trial* by Marcelo Bailon Aborca. (Psimos, Mark) (Entered: 10/13/2004) |
| 10/14/2004 | ●45 | ORDER TO CONTINUE - Ends of Justice as to Alejandro Ortiz, Marcelo Bailon Aborca. Time excluded from 10/14/04 until 1/18/05. granting 44 First MOTION to Continue Trial filed by Marcelo Bailon Aborca. Jury Trial reset for 1/18/2005 at 9:30 AM in Hammond before Judge Philip P Simon. Signed by Judge Andrew P Rodovich on 10/14/04. (efc, ) (Entered: 10/15/2004) |
| 01/07/2005 | ●46 | Second MOTION to Continue *trial* by Marcelo Bailon Aborca. (Psimos, Mark) (Entered: 01/07/2005) |
| 01/12/2005 | ●47 | ORDER TO CONTINUE - Ends of Justice as to Alejandro Ortiz, Marcelo Bailon Aborca granting 46 MOTION for continuance of trial filed by Marcelo Bailon Aborca. Jury Trial reset for 2/22/2005 at 8:30 AM as a third setting in Hammond before Judge Philip P Simon. Final Pretrial Conference reset for 2/4/2005 at 1:45 PM in Hammond before Magistrate Judge Andrew P Rodovich. Signed by Judge Andrew P Rodovich on 1/12/05. (efc, ) (Entered: 01/12/2005) |
| 01/20/2005 | ●48 | MOTION to Withdraw as Counsel for defendant Alejandro Ortiz by Attorneys Eugene O'Malley and Domingo Vargas. (efc, ) (Entered: 01/21/2005) |
| 01/27/2005 | ●49 | First MOTION for Hearing *to Enter Guilty Plea* by Marcelo Bailon Aborca. (Psimos, Mark) (Entered: 01/27/2005) |
| 02/01/2005 | ●50 | NOTICE OF HEARING as to Marcelo Bailon Aborca: Plea Hearing set for 2/16/2005 09:30 AM in Hammond before Judge Philip P Simon. (nac, ) (Entered: 02/01/2005) |
| 02/03/2005 | ●51 | NOTICE OF HEARING as to Alejandro Ortiz Hearing on Motion to Withdraw as Counsel for Defendant set for 2/11/2005 09:00 AM in Hammond before Magistrate Judge Andrew P Rodovich. (plm, ) (Entered: 02/03/2005) |
| 02/04/2005 | ●52 | NOTICE: Hearing on Motion to Withdraw set for 2/11/05 is VACATED. 51 Hearing set for 2/4/05. (plm, ) (Entered: 02/04/2005) |
| 02/04/2005 | ●53 | Minute Entry for proceedings held before Judge Andrew P Rodovich :Motion Hearing as to Alejandro Ortiz held on 2/4/2005 re 48 MOTION to Withdraw as Attorney by Vargas. Dft Alejandro Ortiz appears in person. Attys Vargas and O'Malley also appear. Govt rep by |

|  |  | Clarence Butler. Evidence heard. No objections. Dft's Motion to Withdraw as counsel granted. Attys Vargas and O'Malley withdrawn. Dft states he has new counsel. Dft states he does not object to continuance of trial. Govt does not object. Granted. Atty will not be appointed at this time. Dft REMANDED. (Tape #05-11.) (plm, ) (Entered: 02/04/2005) |
|---|---|---|
| 02/15/2005 | ●55 | CJA 20 as to Alejandro Ortiz: Appointment of Attorney John Maksimovich for Alejandro Ortiz. (plm, ) (Entered: 02/16/2005) |
| 02/16/2005 | ●54 | Minute Entry for proceedings held before Judge Philip P Simon :CHANGE OF PLEA HEARING as to Marcelo Bailon Aborca held on 2/16/2005. Gov't present by Clarence Butler, Jr., AUSA. Dft appears in person and by cnsl Mark Psimos. U.S. Probation Officer Paula Pramuk is also present. Interpreter Julia Kurtz is present to interpret proceedings for dft from Spanish to English and from English to Spanish. Plea entered by Marcelo Bailon Aborca without plea agreement to Count 1. Dft advised of Constitutional rights, charges and penalties. Court enters jdgmt of guilty entered upon the dft's plea of guilty to count 1 of the Indictment. Plea of guilty is accepted by the Court. Referred to U.S. Probation Office for Presentence Investigation Report. Sentencing set for 5/3/2005 01:00 PM in Hammond before Judge Philip P Simon. (Court Reporter Sharon Boleck-Mroz.) (nac, ) (Entered: 02/16/2005) |
| 02/17/2005 | ● | Terminate Deadlines and Hearings as to Marcelo Bailon Aborca: Termed Trial date of 2/22/05. (nac, ) (Entered: 02/17/2005) |
| 02/17/2005 | ●56 | MOTION to Continue *Jury Trial currently set for 02/22/2005* by Alejandro Ortiz. (Maksimovich, John) (Entered: 02/17/2005) |
| 02/28/2005 | ●57 | ORDER TO CONTINUE - Ends of Justice as to Alejandro Ortiz granting 56 MOTION to Continue Jury Trial filed by Alejandro Ortiz. Jury Trial reset for 5/10/2005 at 8:30 AM in Hammond before Judge Philip P Simon. Final Pretrial Conference reset for 4/22/2005 at 8:45 AM in Hammond before Magistrate Judge Andrew P Rodovich. Signed by Judge Andrew P Rodovich on 2/28/05. (efc, ) (Entered: 02/28/2005) |
| 03/11/2005 | ●58 | ATTORNEY APPEARANCE: Joseph S Irak, Timothy E Bianco appearing for Alejandro Ortiz (efc, ) (Entered: 03/11/2005) |
| 04/11/2005 | ●59 | MOTION to Expedite *Sentencing* by Marcelo Bailon Aborca. (Psimos, Mark) (Entered: 04/11/2005) |
| 04/12/2005 | ●60 | NOTICE OF HEARING as to Marcelo Bailon Aborca: Sentencing RESET for 4/19/2005 02:00 PM in Hammond before Judge Philip P Simon. The previous setting of 5/3/2005 is VACATED from the Court calendar.(nac, ) (Entered: 04/12/2005) |
| 04/12/2005 |  | (Court only) ***Motions terminated as to Marcelo Bailon Aborca: 59 MOTION to Expedite *Sentencing* filed by Marcelo Bailon Aborca, Sentencing Hrg RESET to 4/19/2005 at 2:00 p.m. (nac, ) (Entered: 04/12/2005) |
| 04/19/2005 | ●61 | Minute Entry for proceedings held before Judge Philip P Simon :SENTENCING held on 4/19/2005 for MARCELO BAILON ABORCA. Gov't present by Clarence Butler, Jr., AUSA. Dft appears in person and by cnsl Mark Psimos. Interpreter Julia Kurtz is present to interpret proceedings. Court accepts plea agreement. Court states on the |

| | | |
|---|---|---|
| | | record the reasons for the guideline sentence imposed. Dft is sentenced on count 1: Committed to the custody of the BOP for 60 months. Supervised Release of 4 years. Special assessment of $100.00. Fine waived. Dft advised of rights to an appeal. Cnsl reminded of duty to perfect appeal, should client wish. (Court Reporter Sharon Boleck-Mroz.) (nac, ) (Entered: 04/19/2005) |
| 04/20/2005 | ❚62 | NOTICE *of Withdrawal* re 58 Attorney Appearance - Defendant, 55 CJA 20 - Appointment (Maksimovich, John) (Entered: 04/20/2005) |
| 04/22/2005 | ❚63 | Minute Entry for proceedings held before Judge Andrew P Rodovich : Final Pretrial Conference as to Alejandro Ortiz held on 4/22/2005. Dft Alejandro Ortiz rep by Timothy Bianco. Govt rep by Clarence Butler, AUSA. Parties indicate a motion to continue trial to be filed. Court to grant. (plm, ) (Entered: 04/22/2005) |
| 04/22/2005 | ❚64 | JUDGMENT as to Marcelo Bailon Aborca. Signed by Judge Philip P Simon on 4/22/2005. (nac, ) (Entered: 04/25/2005) |
| 04/28/2005 | ❚65 | MOTION to Continue *Trial* by Alejandro Ortiz. (Irak, Joseph) (Entered: 04/28/2005) |
| 05/06/2005 | ❚66 | ORDER granting 65 Motion to Continue as to Alejandro Ortiz (1). Jury Trial reset for 7/11/2005 at 8:30 AM as a third setting in Hammond before Judge Philip P Simon. Final Pretrial Conference reset for 6/24/2005 at 9:00 AM in Hammond before Magistrate Judge Andrew P Rodovich. Signed by Judge Andrew P Rodovich on 5/06/05. (efc, ) (Entered: 05/06/2005) |
| 06/24/2005 | ❚67 | Minute Entry for proceedings held before Judge Andrew P Rodovich : FinalPretrial Conference as to Alejandro Ortiz held on 6/24/2005. Dft rep by Timothy Bianco. Govt rep by Clarence Butler, Jr., AUSA. Parties state they will be filing a motion to continue trial. Ct will grant the continuance with no further extensions. Trial to be reset within the next 60 days. (plm, ) (Entered: 06/24/2005) |
| 07/08/2005 | ❚68 | MOTION to Continue Trial by Alejandro Ortiz. (efc, ) (Entered: 07/11/2005) |
| 07/12/2005 | ❚69 | ORDER granting 68 Motion to Continue as to Alejandro Ortiz (1) Jury Trial reset for 10/17/2005 at 8:30 AM as a fourth setting in Hammond before Judge Philip P Simon. Final Pretrial Conference reset for 9/30/2005 at 1:00 PM in Hammond before Magistrate Judge Andrew P Rodovich. Signed by Judge Andrew P Rodovich on 7/12/05. (efc, ) (Entered: 07/13/2005) |
| 07/14/2005 | ❚70 | Judgment Returned Executed as to Marcelo Bailon Aborca on 5/23/05. (efc, ) (Entered: 07/16/2005) |
| 09/30/2005 | ❚71 | Minute Entry for proceedings held before Judge Andrew P Rodovich : FINAL PRETRIAL CONFERENCE as to Alejandro Ortiz held on 9/30/2005. Govt rep by Clarence Butler. Dft rep by Timothy Bianco. Parties indicate that they have reached a plea agreement and that a date for the change of plea will be obtained from the District Court. (plm, ) (Entered: 09/30/2005) |
| 10/10/2005 | ❚72 | MOTION to Continue *Trial* by Alejandro Ortiz. (Irak, Joseph) (Entered: |

| | | |
|---|---|---|
| | | 10/10/2005) |
| 10/11/2005 | ●73 | NOTICE OF HEARING as to Alejandro Ortiz: Status Conference (re: motion to continue trial) set for 10/12/2005 12:00 PM in Hammond before Judge Philip P Simon. (nac, ) (Entered: 10/11/2005) |
| 10/12/2005 | ●74 | Minute Entry for proceedings held before Judge Philip P Simon :STATUS CONFERENCE as to Alejandro Ortiz held on 10/12/2005. Present; Nick Padilla, AUSA for Gov't. Dft is present in person and by cnsl Timothy E. Bianco. Interpreter Julia Kurtz is present to interpret proceedings English/Spanish. Motions terminated as to Alejandro Ortiz: 72 MOTION to Continue *Trial* filed by Alejandro Ortiz is DENIED. A Change of Plea Hearing is set for: 10/14/2005 10:00 AM in Hammond before Judge Philip P Simon, otherwise this case will proceed to trial on 10/17/2005 at 8:30 a.m. (Court Reporter Sharon Boleck-Mroz.) (nac, ) (Entered: 10/12/2005) |
| 10/14/2005 | ●75 | Minute Entry for proceedings held before Judge Philip P Simon :CHANGE OF PLEA HEARING as to Alejandro Ortiz held on 10/14/2005. Gov't present by Tom Ratcliffe, AUSA. Dft appears in person and by cnsl Timothy E. Bianco. Interpreter Julia Kurtz is present to interpret proceedings English/Spanish. Dft advised of Constitutional rights, charges and penalties. Plea entered by Alejandro Ortiz without benefit of plea agreement - Guilty as to Count 1. Court orders judgment of guilty entered upon the dft's plea of guilty to count 1 of the Indictment. Plea of guilty is accepted by the Court. Court reserves acceptance of plea agreement pending a review of the Presentence Investigation Report. Referred to U.S. Probation Office for Presentence Investigation Report. Sentencing set for 1/24/2006 09:30 AM in Hammond before Judge Philip P Simon. (Court Reporter Boleck-Mroz.) (nac, ) (Entered: 10/14/2005) |
| 10/14/2005 | ● | Terminate Deadlines and Hearings as to Alejandro Ortiz: (jury trial date of 10/17/2005) (nac, ) (Entered: 10/14/2005) |
| 01/20/2006 | ●76 | MOTION to Continue *Sentencing* by Alejandro Ortiz. (Irak, Joseph) (Entered: 01/20/2006) |
| 01/20/2006 | ●77 | MOTION to Continue *Sentencing* by Alejandro Ortiz. (Irak, Joseph) (Entered: 01/20/2006) |
| 01/20/2006 | ●78 | ORDER granting Motion to Continue as to Alejandro Ortiz. Sentencing RESET for 2/10/2006 01:00 PM in Hammond before Judge Philip P Simon. Signed by Judge Philip P Simon on 1/20/2006. (nac, ) (Entered: 01/20/2006) |
| 02/10/2006 | ●79 | SENTENCING held on 2/10/2006 for Alejandro Ortiz before Judge Philip P. Simon. Gov't present by Clarence Butler, Jr., AUSA. Dft appears in person and by cnsl Timothy E. Bianco. U.S. Probation Officer J. Holm is also present. Interpreter Julia Kurtz is present to interpret proceedings English/Spanish. Dft orally moves for a sentence outside of the sentencing guidelines - DENIED. Dft is sentenced on count 1: BOP: 30 months, Supervised Release 3 years, no fine, special assessment of $100.00. Dft advised of rights to an appeal. Cnsl reminded of duty to perfect appeal, should client wish. Dft remanded to USM. (Court Reporter Sharon Boleck-Mroz.) (nac, ) (Entered: 02/13/2006) |
| | | |

| 02/14/2006 | ❍80 | JUDGMENT as to Alejandro Ortiz (1). Signed by Judge Philip P Simon on 2/14/2006. (nac, ) (Entered: 02/14/2006) |
| 04/19/2006 | ❍81 | Judgment Returned Executed as to Alejandro Ortiz on 3/9/2006. (rmn) (Entered: 04/19/2006) |
| 09/12/2007 | ❍82 | ORDER as to Alejandro Ortiz transferring jurisdiction to Northern District of Illinois. Signed by Judge Philip P Simon on 9/12/2007 awaiting signature of accepting judicial officer. (rmn) (Entered: 09/14/2007) |
| 02/06/2008 | ❍83 | Probation Jurisdiction Transferred to Northern District of Illinois as to Alejandro Ortiz. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (certified copies sent) (rmn) (Additional attachment(s) added on 2/6/2008: # 1 Letter) (rmn). (Entered: 02/06/2008) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

FILED

04 JUL -9 PM 4: 14

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:04CR 48 |
| | ) | |
| ALEJANDRO ORTIZ and | ) | 21 U.S.C. § 841(a)(1) |
| MARCELO BAILON ABORCA | ) | 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

On or about June 23, 2004, in the Northern District of Indiana,

ALEJANDRO ORTIZ
and
MARCELO BAILON ABORCA,

defendants herein, did knowingly and intentionally possess with intent to distribute 500 grams or

more of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United

States Code, Section 2.

A TRUE BILL:

JOSEPH S. VAN BOKKELEN,
UNITED STATES ATTORNEY,

By: _____
Daniel L. Bella,
Assistant United States Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause
STEPHEN R. LUDWIG, CLERK
By: _____
DEPUTY CLERK
Date: 2-6-2008

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

<u>NORTHERN</u>  District of  <u>INDIANA</u>

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | |

| | Case Number: | 2:04 CR 48 PS |
|---|---|---|
| ALEJANDRO ORTIZ | USM Number: | 07952-027 |
| | <u>Timothy Bianco</u> | |
| | Defendant's Attorney | |

**THE DEFENDANT:**

x  pleaded guilty to count(s)    <u>1</u>

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| <u>Title & Section</u> | <u>Nature of Offense</u> | <u>Offense Ended</u> | <u>Count</u> |
|---|---|---|---|
| 21:841(a)(1) | Possession with Intent to Distribute Cocaine | 6/23/2004 | 1 |

The defendant is sentenced as provided in pages 2 through    <u>6</u>    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)                    ☐ is    ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 10, 2006
Date of Imposition of Judgment

S/Philip P. Simon
Signature of Judge

Philip P. Simon, U.S. District Court Judge
Name and Title of Judge

February 14, 2006
Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By:
DEPUTY CLERK
Date: 2-6-2008

AO 245B    (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:         ALEJANDRO ORTIZ
CASE NUMBER:       2:04 CR 48 PS

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:              30 months

☐  The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m. ☐ p.m.    on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 3 — Supervised Release

|  |  | Judgment—Page | 3 | of | 6 |

DEFENDANT:   ALEJANDRO ORTIZ
CASE NUMBER:   2:04 CR 48 PS

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :   3 years

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days after being placed on supervised release and up to two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer.

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five (5) days of each month.

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4. The defendant shall support the defendant's dependents and meet other family responsibilities.

5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

6. The defendant shall notify the probation officer at least ten (10) days prior to any change of residence or employment.

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substances, except as prescribed by a physician.

8. The defendant shall not frequent places where controlled substances are illegally sold, used distributed, or administered, or other places specified by the court.

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

10. The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

11. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14. The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.

15. The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

AO 245B     (Rev. 06/05) Judgment in a Criminal Case
            Sheet 3A — Supervised Release

Judgment—Page ___4___ of ___6___

DEFENDANT:         ALEJANDRO ORTIZ
CASE NUMBER:       2:04 CR 48 PS

## ADDITIONAL SUPERVISED RELEASE TERMS

The defendant shall participate in a drug aftercare treatment program under a co-payment plan which may include testing for the detection of drugs of abuse at the direction and discretion of the probation officer.

The defendant shall participate in a co-payment program to offset the cost of treatment. The co-payment amount is based on annual poverty guidelines established by the U.S. Department of Health and Human Services (HHS) on a sliding scale basis. The co-payment amount shall not exceed an amount determined by the Probation Officer's Sliding Scale For Monthly Co-Payment.

| | | Judgment — Page __5__ of __6__ |
|---|---|---|

DEFENDANT:          ALEJANDRO ORTIZ
CASE NUMBER:      2:04 CR 48 PS

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  100.00 | $  none | $  none |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant shall make restitution (including community restitution) payable to Clerk, U.S. District Court, (street address), (city, state, zip) for the following payees in the amount listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ _____ | $ _____ | |

☐  Restitution amount ordered pursuant to plea agreement   $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐  the interest requirement is waived for the     ☐  fine     ☐  restitution.

    ☐  the interest requirement for the     ☐  fine     ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

case 2:04-cr-00048-PBS-APR   document 80   filed 02/14/2006   page 6 of 6

| | |
|---|---|
| DEFENDANT: | ALEJANDRO ORTIZ |
| CASE NUMBER: | 2:04 CR 48 PS |

Judgment — Page __6__ of __6__

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   X   Lump sum payment of $ ___100.00___ due immediately, balance due

       ☐ not later than _____ , or
       ☐ in accordance    ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

**B**   ☐   Payment to begin immediately (may be combined with   ☐ C,    ☐ D, or   ☐ F below); or

**C**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

       Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

·INN - PROB 22
Rev. 05/04

*08 cr 90*

TRANSFER OF JURISDICTION

RECEIVED

DEC 2 6 2007

U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

**08 CR 0090**

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 755 2:04CR00048 |
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Alejandro Ortiz | Northern District of Indiana | Hammond |
| | NAME OF SENTENCING JUDGE | |
| | Honorabl Philip P. Simon | |

MAGISTRATE JUDGE DENLOW

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 8/25/2006 | 8/24/2009 |

JUDGE AMY ST. EVE

| OFFENSE |
|---|
| Controlled Sub-Sell,Distribute,Or Dispense |

JUDGE AMY ST. EVE

F I L E D
1-29-08
JAN 2 9 2008 C M

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of Illinois _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9-12-07
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ NORTHERN _____ DISTRICT OF _____ ILLINOIS _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 2 4 2008
_____
Effective Date

James F. Holderman
_____
United States District Judge